## Hasinger et al. *v.* Home Mutual Fire Insurance Company, Appellant.

Argued November 21, 1934.

Before Trexler, P. J., Keller, Cunningham, Baldrige, Stadtfeld, Parker and James, JJ.

*B. A. Sciotto,* with him *Paul Robinson* and *S. V. Albo,* for appellant.

*Francis A. Wolf,* for appellees.

Per Curiam, April 15, 1935:

The same questions and only the same questions are involved in this appeal as were decided in the case of Hasinger et al. v. New York Central Mutual Fire Insurance Co., No. 92 April Term, 1935; and they require the same decision.

The judgment is affirmed.